UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BRUCE PARKS, JR., | ) |
| Plaintiff, | ) Case No. 1:22-cv-41 |
| v. | ) Judge Atchley |
| BERT BOYD, A.W. COBBLE, OFFICER CUTTER, and CPL. COLEMAN, | ) Magistrate Judge Lee |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Even liberally construing the complaint filings in favor of Plaintiff, they fail to state a claim upon which relief may be granted under 42 U.S.C. § 1983 as to any named Defendant;

2. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A;

3. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Charles E. Atchley Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
/s/ *LeAnna Wilson*
**CLERK OF COURT**